IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY CUMMINGS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV00034 SWW |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, | * | |
| | * | |
| Defendant. | * | |

**Order**

Before the Court is defendant's motion for summary judgment to which plaintiff has failed to respond. Plaintiff is directed to file a response to the motion within fourteen (14) days from the date of entry of this Order. Failure to do so may result in dismissal of the complaint.

SO ORDERED this 9th day of July, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE