*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

NANCY CUMMINGS

vs.                          NO. 4:10CV00034   SWW

ARKANSAS DEPARTMENT OF CORRECTION, ET AL

ORDER OF DISMISSAL

    Pending before the Court is plaintiff's motion for dismissal of this action [doc #12].  The Court has been advised that the defendants have no objection to the dismissal.

    IT IS THEREFORE ORDERED that the motion is granted, and the above cause of action hereby is dismissed without prejudice.

    DATED this 24th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE